| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN | |
| Case number *(if known)* _____ Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Assure Affordable Homes, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  22-3940128

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 14471 Livernois, Suite R<br>Detroit, MI 48238<br>Number, Street, City, State & ZIP Code | 300 Riverfront Dr., 2F<br>Detroit, MI 48226<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Wayne<br>County | **Location of principal assets, if different from principal place of business**<br>The principal assets are real estate loc<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  Assure Affordable Homes, Inc.                                  Case number (*if known*)
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    5313

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

| Debtor | Assure Affordable Homes, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
   Contact name _____
   Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 3

| Debtor | Assure Affordable Homes, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 7, 2025
             MM / DD / YYYY

**X**   /s/   Lavara Berry                          Lavara Berry
    Signature of authorized representative of debtor       Printed name

Title    Authorized Officer

**18. Signature of attorney**

**X**   /s/ Alexander J. Berry-Santoro        Date   August 7, 2025
    Signature of attorney for debtor                                    MM / DD / YYYY

Alexander J. Berry-Santoro P81545
Printed name

Maxwell Dunn PLC
Firm name

2937 E. Grand Blvd.
Suite 308

Detroit, MI 48202
Number, Street, City, State & ZIP Code

Contact phone   (248) 246-1166      Email address   aberrysantoro@maxwelldunnlaw.com

P81545 MI
Bar number and State

Fill in this information to identify the case:

Debtor name: Assure Affordable Homes, Inc.
United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alta Equipment Company 5105 Loraine St. Detroit, MI 48208 | ccooper@clarkhill.com | | | $39,159.77 | $0.00 | $39,159.77 |
| Michigan Department of Treasury (BK) PO Box 30168 Lansing, MI 48909 | | | | $5,822.07 | $0.00 | $5,822.07 |
| Penrod Faust, LLC 3900 CENTENNIAL DRIVE, SUITE C Gladwin, MI 48624 | nick@shsgrp.com | | | $1,482,512.34 | $0.00 | $1,482,512.34 |
| Schaefer Apartment Holdings, LLC 19785 W. 12 Mile Rd., Ste. 314 Southfield, MI 48076 | chall@hallmakled.com | | | $2,126,826.44 | $0.00 | $2,126,826.44 |
| US Bank & Trust as Trustee for Velocity 190 S. Lasalle St., 7th Flr. Chicago, IL 60603 | | | | $165,000.00 | $0.00 | $165,000.00 |
| Wayne County Treasurer's Office 400 Monroe St., 5th Floor Detroit, MI 48226 | rkilpatrick@shermeta.com | | | Unknown | $0.00 | $0.00 |

30th Circuit Court
313 W. Kalamazoo St.
Lansing, MI 48933


36th District Court
421 Madison Avenue
Detroit, MI 48226


Alta Equipment Company
5105 Loraine St.
Detroit, MI 48208


Atlantic Commercial Capital, INC.
3200 N. Federal Highway, Ste. 130
Boca Raton, FL 33431


Clark Hill, PLC
215 S. Washington Sq., Ste. 200
Lansing, MI 48933


Cyril Hall, Esq.
23950 Princeton St
Dearborn, MI 48124


Michigan Department of Treasury (BK)
PO Box 30168
Lansing, MI 48909


Penrod Faust, LLC
3900 CENTENNIAL DRIVE, SUITE C
Gladwin, MI 48624


RETAIL CAPITAL LLC DBA CREDIBLY
25200 Telegraph Rd #350
Southfield, MI 48033


Schaefer Apartment Holdings, LLC
19785 W. 12 Mile Rd., Ste. 314
Southfield, MI 48076


U.S. Small Business Administration
14925 Kingsport Rd
Fort Worth, TX 76155


US Atty
Attn. Civil Division
SBA 211 W. Fort St., Ste. 2001
Detroit, MI 48226


US Bank & Trust as Trustee for Velocity
190 S. Lasalle St., 7th Flr.
Chicago, IL 60603


Wayne County Treasurer's Office
400 Monroe St., 5th Floor
Detroit, MI 48226

```
                    Wells Fargo Bank, NA
                    800 Walnut Street, F0005-044
                    Des Moines, IA 50309
```